Charles B. Campbell, Jr. and Pleasant Whipple Campbell, Appellants, v. Charles H. Albers, Receiver of Citizens State Bank of Manteno, et al., Appellees. Fred H. LaRocque and Frank M. Wright, Appellees, v. Mary Wood Campbell, Individually and as Executrix of Last Will and Testament of Winfield S. Campbell, Deceased, et al., Appellants.

Gen. No. 9,896.

opinion filed July 8, 1943.   Wayne H. Dyer and Eben B. Gower, for appellants; C. M. Granger and Eva L. Minor, for appellees.   Opinion by JUSTICE DOVE.  **Not to be published in full.**